BENJAMIN T. SMITH, Respondent, *v.* HOWARD SMITH, Appellant.

*Smith* v. *Smith*, 164 App. Div. 901, affirmed.
(Argued March 27, 1917; decided April 17, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered August 10, 1914, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to set aside and cancel a deed of real property, upon the grounds of want of consideration, non-delivery, non-acceptance, unauthorized recording, and that it is a cloud on plaintiff's title.

*M. S. Guiterman* for appellant.

*Harry G. Clock* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.